| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: December 13, 2013 9:16 AM |
| DANA KELLEN<br><br>Plaintiff,<br><br>v.<br><br>DAVID DONALDSON, ET AL<br><br>Defendants. | Case No. 13CV34516<br><br>COURTROOM 280 |
| **ORDER** | |

It appears Plaintiff has failed to comply with the Delay Reduction Order in this case and/or C.R.C.P 16 in the following respects:

_x_ Service of process.  Returns due 56 days after filing of complaint.

___ Application for default.  Due 28 days after default.

___ Trial setting.  Due 28 days after case at issue.

Plaintiff shall have 14 days from the date of this Order to correct these failures, otherwise parts or all of this case may be dismissed without prejudice for failure to prosecute.

DONE THIS 13TH DAY OF DECEMBER, 2013.

BY THE COURT:

J. Eric Elliff
District Court Judge

cc: EFILED