IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-00170-MSK

DANA KELLEN,

    Plaintiff,

v.

DAVID DONALDSON, individually;
SWEDISH MEDICAL CENTER;
HCA/HEALTHONE, LLC,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a close friendship with a high ranking corporate employee in charge of risk management. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 30th day of January, 2014.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            Chief United States District Judge