IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00170-REB-MEH

DANA KELLEN,

      Plaintiff,

v.

DAVID DONALDSON, individually,
SWEDISH MEDICAL CENTER, and
HCA/HEALTHONE, LLC,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2014**.

For good cause shown, the Joint Motion for Entry of Stipulated Protective Order [filed May 15, 2014; docket #28] is **granted**.  The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.