IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00170-REB-MEH

DANA KELLEN,

    Plaintiff,

v.

HCA/HEALTHONE, LLC d/b/a Swedish Medical Center,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2014**.

    In the interest of justice, Plaintiff's Unopposed Motion for Leave to Amend Complaint and Case Caption [filed May 16, 2014; docket #30] is **granted**. The Plaintiff shall file his Second Amended Complaint (so titled) on or before May 19, 2014. Defendant shall respond to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).