**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-00170-REB-MEH

DANA KELLEN,

    Plaintiff,

v.

DAVID DONALDSON, individually,
SWEDISH MEDICAL CENTER, and
HCA/HEALTHONE, LLC,

    Defendants.

**ORDER GRANTING MOTION
FOR EARLY NEUTRAL EVALUATION CONFERENCE**

**Blackburn, J.**

The matter is before the court on defendant's **Unopposed Motion For Early Neutral Evaluation Conference** [#37][1] filed July 7, 2014.  After reviewing the motion, the record and D.C.COLO.LCivR 16.6, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That  defendant's **Unopposed Motion For Early Neutral Evaluation Conference** [#37] filed July 7, 2014, is **GRANTED**; and

2. That this matter is **REFERRED** to the Honorable Michael E. Hegarty, United

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2

States Magistrate Judge for the District of Colorado, who is authorized to convene and conduct an early neutral evaluation conference.

Dated July 7, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge