## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  14-cv-00170-REB-MEH

DANA KELLEN,

      Plaintiff,

v.

HCA-HEALTHONE, LLC, d/b/a Swedish Medical Center,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#44][1] filed July 31, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#44] filed July 31, 2014, is **APPROVED**;

2.  That the combined Final Pretrial Conference and Trial Preparation Conference set January 23, 2015, are **VACATED**;

3.  That the jury trial set to commence February 2, 2015, is **VACATED**; and

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 1, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2